ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 19 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| FRANCIS TEJANI KUNDRA | * |
| Plaintiff | * |
| v. | * |
| | *   CA-3:06-CV-0728-H |
| DERST K. AUSTIN, ET AL. | * |
| Defendants | * |

## O R D E R

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed May 9, 2006, and Plaintiff's Motion for Leave to Amend and Written Objections, filed May 18, 2006. The Court considers Plaintiff's Motion to Amend as an objection, subsumed within Plaintiff's already filed Objections.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge; and Plaintiff's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Plaintiff's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: May 19, 2006

*[signature]*
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS